FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

11 FEB 28 PM 3: 49

OFFICE OF THE CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF THE ) | Case No. 8:11MC14 |
| TRANSFER OF OFFENDERS ) | |
| Pursuant to 18 U.S.C. § 4100 et seq. ) | ORDER |

Pursuant to 28 U.S.C. § 636(g), the Honorable F.A. Gossett, III, a United States Magistrate Judge for the District of Nebraska, is assigned to perform the verification proceedings for **Christopher Leigh Garner**, as required by 18 U.S.C. § 4108 commencing on or about March 23, 2011 in the Russian Federation relating to the proposed transfer of offenders from the Russian Federation to the United States. He is also authorized to assign counsel for the said offender as provided in 18 U.S.C. § 4109.

**IT IS SO ORDERED:**

**Entered this 28th day of February, 2011 at Omaha, Nebraska.**

BY THE COURT:

_____
Joseph F. Bataillon, Chief
United States District Judge